UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CELEBRITY FUND MANAGEMENT, LLC

       Plaintiff,

-against-

HUMANS, INC., doing business as Flipfit,

       Defendant.

1:24-CV-05282 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

  A corporate entity may appear in federal court only through counsel. *See Jones v. Niagara Frontier Transp. Auth.*, 722 F.2d 20, 22 (2d Cir.1983) ("[I]t is established that a corporation, which is an artificial entity that can only act through agents, cannot proceed pro se."). If counsel fails to appear on behalf of Defendant Humans Inc. doing business as Flipfit ("Flip"), default judgment may be entered against it. *See, e.g., Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006).

  Pursuant to an Order, Defendant Flip was ordered to retain new counsel and enter an appearance by October 31, 2021. ECF 52. Defendant Flip failed to do so and now must retain counsel no later than December 1, 2025. Defendant's counsel must file a notice of appearance on the docket no later than December 1, 2025.

  If no counsel for Defendant appears by that deadline, Plaintiff shall file a motion for default judgment with respect to Defendant Flip in accordance with the Court's Individual Rules and Local Rule 55 no later than December 15, 2025. Failure to timely file a motion for default

judgment will result in dismissal of this action as to Defendant Flip for failure to prosecute.

Plaintiff is directed to serve a copy of this Order on Defendant by November 13, 2025, and file proof of service by November 17, 2025.

Dated: November 6, 2025
New York, New York

SO ORDERED.

*Jessica Clarke*
_____
JESSICA G. L. CLARKE
United States District Judge