UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CELEBRITY FUND MANAGEMENT, LLC,

                    Plaintiff,

        -against-

HUMANS, INC., doing business as Flipfit,

                    Defendant.

24-CV-5282 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On December 23, 2025, the Court ordered Plaintiff to "serve Defendant via overnight courier with a copy of [the Order to Show Cause Regarding Default Judgment] by **December 24, 2025**, and file proof of such service on the docket no later than **December 29, 2025**." ECF No. 60. However, Plaintiff has yet to file proof of such service. The Court directs Plaintiff to file proof of such service on the docket as soon as possible, but no later than **January 8, 2026**. Failure to comply with Court Orders and deadlines may result in sanctions, including dismissal.

Dated:  January 7, 2026
        New York, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge