UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CELEBRITY FUND MANAGEMENT, LLC,<br><br>                    Plaintiff,<br><br>          -against-<br><br>HUMANS, INC., doing business as Flipfit,<br><br>                    Defendant. | 24-CV-5282 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

On December 22, 2025, Plaintiff filed a motion for a default judgment under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b). See ECF No. 57.

On December 23, 2025, the Court issued an Order to Show Cause ordering Defendant to respond in writing no later than January 12, 2026, as to why an order should not be issued granting a default judgment against Defendant. ECF No. 60. The Court warned that if Defendant failed to respond by that date, judgment may be entered against it. *Id*. Defendant failed to file anything by that deadline.

Accordingly, a default judgment should be entered against the Defendants.

The Court refers the case to Magistrate Judge Tarnofsky for an inquest to determine the judgment to be entered.

The Clerk of Court is directed to terminate ECF No. 57. The conference in this matter, previously scheduled for February 10, 2026, at 11:00 a.m., is CANCELED.

          SO ORDERED.

Dated: February 3, 2026
          White Plains, New York

_____
JESSICA G. L. CLARKE
United States District Judge