UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CELEBRITY FUND MANAGEMENT, LLC,<br><br>                    Plaintiff,<br><br>          -against-<br><br>HUMANS, INC.,<br><br>                    Defendant. | |

                                    24-CV-5282 (JGLC) (RFT)

                                    **ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On February 3, 2026, I ordered Plaintiff to file by February 24, 2026 the following materials in support of its application for damages after Defaulting Defendant's default: (1) Proposed Findings of Fact and Conclusions of Law; (2) Evidentiary Support for Claimed Actual Damages; and (3) Support for Requested Attorneys Fees.  Plaintiff has not complied.

Accordingly, I am nunc pro tunc extending the deadline for Plaintiff to file the above until **February 26, 2026**.

DATED: February 25, 2026                    SO ORDERED.
          New York, New York

                                    _____
                                    **ROBYN F. TARNOFSKY**
                                    United States Magistrate Judge