**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ X
                                                 :

CELEBRITY FUND MANAGEMENT, LLC,   :    CIVIL ACTION NO:
                     Plaintiff,   :    24-cv-05282-JGLC-RFT
                                                 :

v.                                           :    ~~PROPOSED~~ **ORDER FOR**
                                               :    **WITHDRAWAL OF ATTORNEY**

HUMANS, INC.,                    :
                    Defendant.   :
                                                 :
------------------------------------------------------------ X

Pursuant to Local Civil Rule 1.4 of the United States Courts for the Southern and Eastern Districts of New York, for the reasons stated in the attached Declaration, and subject to the approval of the Court, I, Marc D. Walkow, formerly of Greenspoon Marder LLP, hereby withdraw as attorney of record for Plaintiff Celebrity Fund Management, LLC. Alan Schindler of Spencer Fane LLP remains as counsel for Celebrity Fund Management, LLC in this case.

Dated: April 2, 2026
       New York, New York

                                        */s/ Marc D. Walkow*
                                        Marc D. Walkow, Esq.
                                        Telephone: (917) 716-5888
                                        Email: marcwalkow@hotmail.com

**SO ORDERED:**

Dated:   April 2, 2026                             _____
                                          ~~The Hon. Jessica G.L. Clarke, U.S.D.J.~~
                                          The Hon. Robyn F. Tarnofsky, U.S.M.J.